UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE LEE COKER,<br><br>Petitioner,<br><br>vs.<br><br>DANIEL PARAMO, Warden,<br><br>Respondent. | Case No. SACV 13-1953-SJO (RNB)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the operative First Amended Petition is denied and this action is dismissed with prejudice.

DATED: April 19, 2014.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE